563 U.S. 929, 131 S. Ct. 1813, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2803.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 605 F.3d 359.

**No. 10-1099. Pierce O'Donnell, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1837, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2618.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 608 F.3d 546.

**No. 10-7719. Eric Ortiz, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1813, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2771.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 621 F.3d 82.

**No. 10-7814. Ghaleb Nassar Al-Bihani, Petitioner v. Barack H. Obama, President of the United States, et al.**

563 U.S. 929, 131 S. Ct. 1814, 179 L. Ed. 2d 794, 2011 U.S. LEXIS 2620.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 389 U.S. App. D.C. 26, 590 F.3d 866.